Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL VI

| | | |
|---|---|---|
| MINERVA ALVARADO FIGUEROA, KELVIN BURGOS ALVARADO, ELVIN BURGOS ALVARADO Y OTROS<br><br>Recurridos<br><br>v.<br><br>MUNICIPIO AUTÓNOMO DE MOROVIS, DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS, ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS<br><br>Peticionarios | KLCE202500086 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Arecibo<br><br>Caso número: MV2021CV00082<br><br>Sobre: Accidente de tránsito |

Panel integrado por su presidenta, la jueza Ortiz Flores, la juez Aldebol Mora y la jueza Boria Vizcarrondo.

Aldebol Mora, Juez Ponente

# **R E S O L U C I Ó N**

En San Juan, Puerto Rico, a 31 de enero de 2025.

Examinadas la *Moci[ó]n Urgente en Solicitud de Suspensi[ó]n de Procedimientos ante el Tribunal de Primera Instancia a tenor con la Regla 35(a)(1) del Reglamento del Tribunal de Apelaciones* y la *Petición de Certiorari* instadas por la parte peticionaria, Municipio de Morovis y MAPFRE PRAICO Insurance Company, el 30 de enero de 2025, así como la *Urgente Oposición a la Moción de Suspensión* presentada por la parte recurrida, Minerva Alvarado Figueroa, Kelvin Burgos Alvarado, Elvin Burgos Alvarado y otros, el 31 del mismo mes y año, optamos por prescindir de los términos, escritos o procedimientos ulteriores "con el propósito de lograr su más justo y eficiente despacho". Regla 7(B)(5) del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 7(B)(5). Resolvemos.

Luego de un estudio sosegado del expediente ante nos, procede declarar No Ha Lugar la solicitud en auxilio de jurisdicción

Número Identificador

RES2025 _____

y abstenernos de ejercer nuestra función revisora, por lo que, a su vez, denegamos la expedición del auto de *certiorari*. Véase, Regla 52.1 de Procedimiento Civil, 32 LPRA Ap. V, R. 52.1, y Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

**Notifíquese inmediatamente**.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones